**(118 So. 927)**

Golden WALKER v. STATE. (6 Div. 480.) Court of Appeals of Alabama. Oct. 30, 1928.

J. C. B. Gwin, Judge. Nonsupport.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

**(112 So. 926)**

Seab WALLS v. STATE. (8 Div. 553.) Court of Appeals of Alabama. April 5, 1927.

W. W. Haralson, Judge.

RICE, J. Appeal dismissed by appellant.

---

**(118 So. 927)**

S. S. WALTERS v. S. M. SMITH. (1 Div. 833.) Court of Appeals of Alabama. Nov. 15, 1928.
Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**(116 So. 927)**

Marion WALTON v. CITY OF TUSCALOOSA. (6 Div. 348.) Court of Appeals of Alabama. April 24, 1928.
Henry B. Foster, Judge. Violating prohibition ordinance.

BRICKEN, P. J. Appeal dismissed on motion of appellee.

---

**(114 So. 926)**

Willie WALTON v. STATE. (6 Div. 280.) Court of Appeals of Alabama. Dec. 13, 1927.

Henry B. Foster, Judge.
RICE, J. Affirmed.

---

**(114 So. 926)**

Horance WATSON v. STATE. (5 Div. 658.) Court of Appeals of Alabama. Nov. 29, 1927.
S. L. Brewer, Judge. See, also, 217 Ala. 164, 115 So. 101.

RICE, J. Appeal dismissed.

---

**(115 So. 926)**

Wick WATSON and Melvin Collins v. STATE. (8 Div. 589.) Court of Appeals of Alabama. Feb. 7, 1928.
O. Kyle, Judge.

BRICKEN, P. J. These two appellants, together with another, were tried and convicted for the offense of burglary and grand larceny. The court imposed a sentence upon these appellants, who appealed, of not less than five years' nor more than seven years' imprisonment in the penitentiary. There is no error apparent on the record, and upon the record only is this appeal rested. Let the respective judgments of conviction in the circuit court, from which these appeals were taken, stand affirmed. Affirmed.

---

**(118 So. 927)**

J. B. WARD v. J. S. GIBSON. (6 Div. 408.) Court of Appeals of Alabama. Nov. 30, 1928.

R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**(113 So. 919)**

John WEEKS v. STATE. (8 Div. 552.) Court of Appeals of Alabama. Aug. 2, 1927.

W. W. Haralson, Judge. Joe Starnes, of Guntersville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. This appellant was convicted for the unlawful possession of a still, and appealed. Upon an examination of the evidence, we find it ample to support the verdict of the jury, and to sustain the judgment of conviction. The facts, being in conflict, presented a jury question. The points of decision here presented have been examined and considered. Each of the exceptions reserved to the court's rulings is clearly without merit. No extended discussion is deemed necessary. The record proper being regular in all things, the judgment of conviction from which this appeal was taken is affirmed. Affirmed.

---

**(114 So. 926)**

George W. WELCH v. STATE. (2 Div. 382.) Court of Appeals of Alabama. Nov. 8, 1927.
Thos. E. Knight, Judge.

RICE, J. Appeal dismissed.

---

**(111 So. 927)**

Chester WELDON v. STATE. (7 Div. 259.) (Court of Appeals of Alabama. Jan. 18, 1927.)
E. S. Lyman, Judge.

RICE, J. Appeal dismissed.